In the Matter of LIONEL T. VIEIRA, Respondent, v DIANE P. HUFF, Appellant. [874 NYS2d 851]—Appeal from an order of the Family Court, Ontario County (Maurice E. Strobridge, J.H.O.), entered February 6, 2008 in a proceeding pursuant to Family Court Act article 6. The order modified a prior order of custody and visitation.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Paoli v Paoli*, 29 AD3d 804 [2006]; *Matter of Carella v Ferrara*, 9 AD3d 605 [2004]). Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.